COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§                              No. 08-12-00103-CV

IN RE:  OLD NAVY, LLC, Relator.          §         AN ORIGINAL PROCEEDING

§                              IN MANDAMUS

§

§

§

## <u>MEMORANDUM OPINION</u>

Pending before the Court is an Agreed Motion to Dismiss Relator's petition for writ of mandamus with prejudice.  TEX. R. APP. P. 42.1(a).  The parties represent to the Court that all matters involved in the petition for writ of mandamus have been fully and finally compromised and settled.

We have considered the motion and conclude that the motion should be granted.  We therefore dismiss the petition for writ of mandamus with prejudice.  The parties have agreed that costs are to be paid by the party incurring those costs as set forth in the settlement agreement. *See* TEX. R. APP. P. 42.1(d).

July 31, 2012                              GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, J., and Antcliff, J.